Adam M. Rose (210880)
adam@starrlaw.com
LAW OFFICE OF ROBERT STARR
23901 Calabasas Rd., Suite 2072
Calabasas, California 91302
Telephone: (818) 225-9040
Facsimile: (818) 225-9042

Attorney for Plaintiffs
Brooke Slattery, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE SLATTERY, LYNN NUNO, BENJAMIN GUNDMUNDSSON, ANTHONY KING. VALYNDA HOLLAND, <br><br> Plaintiffs, <br><br> v. <br><br> THREE GROUP, INC. dba CRAZY GIRLS, MICHELLE AZERZER; and DOES 1 to 10, <br><br> Defendants. | NO. CV15-1679-BRO (JEMx) <br><br> ORDER ON STIPULATION TO DISMISS |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the complaint for the following plaintiffs is dismissed **with prejudice**: Brooke Slattery, Lynn Nuno, Benjamin Gundmundsson, and Anthony King.

The complaint for the following plaintiff is dismissed **without prejudice**: Valynda Holland. The case may be closed with this stipulation to dismiss.

///

///

///

///

-1-
PLAINTIFFS' MEDIATION BRIEF

| | | |
|---|---|---|
| 1 | Date: May 25, 2016 | LAW OFFICE OF ROBERT STARR |
| 2 | | /s/ Adam Rose |
| 3 | | Attorney for Plaintiffs |
| | | Brooke Slattery, et al. |
| 6 | Date: May 25, 2016 | LANDEGGER BARON LAW GROUP |
| 7 | | /s/ Roxana Verano |
| 8 | | Attorney for Defendants |
| | | Three Group, Inc., et al. |

**IT IS SO ORDERED.**

DATED: May 27 2016

UNITED STATES DISTRICT JUDGE

-2-
PLAINTIFFS' MEDIATION BRIEF